# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA TRANG, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA, N.A., a National Association; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 8:20-cv-02305-JLS-KES<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

1 | Based upon the stipulation of the Parties (Doc. 42), the Court hereby
2 | ORDERS as follows:
3 | This action is hereby dismissed with prejudice. The Parties shall bear their
4 | own expenses, costs, and attorney fees with regard to this action.
5 | IT IS SO ORDERED.

7 | Dated: February 04, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE